UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In re:
HARWINDER SINGH
xxx-xx-5291
PAWANDEEP KAUR
xxx-xx-1523

Case Number: 21-41889
Chapter 7

Debtor(s)

## MEMORANDUM

COMES NOW Robert M. Wohler, Attorney for Debtors, and hereby advises the Court that the Debtors are filing the amended Petition correcting several schedules from the original Bankruptcy filing as per the Trustee's request.

_____
ROBERT M. WOHLER  #22234 Fed. Bar 20263
225 South Main, Suite 100
O'Fallon, MO  63366
(636) 272-6601
(636) 272-3405 fax